UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM NEGRON,

    Plaintiff,

vs.                                        Case No.:  8:16-cv-02231-CEH-MAP

SELENE FINANCE LP and
CITIMORTGAGE, INC.,

    Defendants.
_____/

**JOINT STIPULATION AND MOTION FOR**
**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, William Negron ("Plaintiff"), and Defendants, CitiMortgage, Inc. ("CMI"), and Selene Finance LP ("Selene") (CMI and Selene collectively are the "Defendants") hereby stipulate and move, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action against Defendants with prejudice, and in support thereof, state as follows:

    1.    The dispute between Plaintiff and Defendants has been amicably resolved pursuant to a settlement agreement.

    2.    Plaintiff and Defendants agree that they shall each bear their own attorneys' fees and costs.

    3.    The Parties agree to entry of an Order of Dismissal, the form of which is attached hereto and incorporated herein as **Exhibit "A."**

    4.    There are no other parties to this matter, and therefore no party will be prejudiced by the granting of the attached Order of Dismissal.

WHEREFORE, the Parties to this stipulation request that this Honorable Court dismiss the above action pursuant to the terms of the above Joint Stipulation and Motion.

Dated this 2nd day of October, 2017

*/s/ William Negron*
**William Negron, Pro Se**
15476 NW 77 C #400
Miami Lakes, FL 33016

*/s/ Jacqueline Simms-Petredis*
**Jacqueline Simms-Petredis, Esq.**
FL Bar # 0906751
Email: jsimms-petredis@burr.com;
Secondary email: zhasbini@burr.com;
sforero@burr.com
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 221-2626
Fax: (813) 357-3534
***Attorney for Selene Finance LP***

*/s/Louis M. Ursini, III*
**Louis M. Ursini, III, Esq.**
Florida Bar No.: 00355940
Email: louis.ursini@arlaw.com
Email: lisa.stallard@arlaw.com
LEAD ATTORNEY
ADAMS AND REESE LLP
101 E. Kennedy Blvd., Ste. 4000
Tampa, FL 33602
Telephone: 813-402-2880
Fax: 813-402-2887
***Counsel for CitiMortgage, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, a copy of the foregoing document is being served this day to all parties as indicated below:

| | |
|---|---|
| William Negron<br>15476 NW 77 CT. #400<br>Miami Lakes, FL 33016<br>*Pro Se Plaintiff*<br>**Via U.S. Mail** | Jacqueline Simms-Petredis<br>Burr & Forman, LLP<br>201 N Franklin St Ste 3200<br>Tampa, FL 33602<br>813/221-2626<br>Fax: 813/357-3534<br>Email: jsimms-petredis@burr.com<br>**Via Electronic Mail** |

*/s/ Louis M. Ursini*
Louis M. Ursini, III, Esq.

# Exhibit "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM NEGRON,

    Plaintiff,

vs.                                         Case No.:  8:16-cv-02231-CEH-MAP

SELENE FINANCE LP and
CITIMORTGAGE, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Joint Stipulation and Motion for Order of Dismissal with Prejudice, executed by Plaintiff, William Negron ("Plaintiff"), and Defendants, CitiMortgage, Inc. ("CMI"), and Selene Finance LP ("Selene") (CMI and Selene collectively are the "Defendants").  The Court, having reviewed the motion, the pleadings, and being otherwise duly advised of the premises, it is hereby ORDERED AND ADJUDGED:

1.     This Cause is dismissed as to Plaintiff's claims against Defendants, with prejudice.

2.     The Plaintiff and Defendants shall each bear their own attorneys' fees and costs.

DONE AND ORDERED in Tampa, Florida on this ____ day of _____, 2017.

                                                                Honorable Charlene Edwards Honeywell
                                                                 United States District Judge

**Conformed copies to:**
William Negron, Pro Se
Louis M. Ursini, III, Esq.
Jacqueline Simms-Petredis, Esq.