UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM NEGRON,

    Plaintiff,

v.                                          Case No: 8:16-cv-2231-T-36MAP

SELENE FINANCE, LP and
CITIMORTGAGE, INC.,

    Defendants.
_____/

## O R D E R

Before the Court is the Joint Stipulation and Motion for Order of Dismissal with Prejudice (Doc. 31). In accord with the Joint Stipulation and Motion for Order of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation and Motion for Order of Dismissal with Prejudice is **GRANTED** (Doc. 31).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 3, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record